

**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

Re:   AIR IT LLC vs IT SYSTEMS INTERNATIONAL LLC A DELAWARE LIMITED LIABILITY COMPANY AND IUSTIN TANASE INDIVIDUALLY
   Civil Action No. 07CV66612

Julia Kemp, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon **MARY DRUMMOND, SERVICE OF PROCESS FOR THE COMPANY CORPORATION**, Registered Agent for IT SYSTEMS INTERNATIONAL LLC ("IT") at 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON, DE 19808 on 3/6/2008 at 3:30PM a copy of Out of State Summons and Complaint.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

DEPUTY SHERIFF
NEW CASTLE COUNTY

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

**BE IT REMEMBERED** that on March 11, 2008 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Julia Kemp, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
   **SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

Notary Public