# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| AIR_IT, LLC, | ) | |
| An Illinois limited liability company, | ) | |
| | ) | |
| v. | ) | Case No.: 07 CV 6612 |
| | ) | |
| IT SYSTEMS INTERNATIONAL, LLC, | ) | |
| a Delaware limited liability company, and | ) | |
| IUSTIN TANASE, individually. | ) | |
| | ) | |

TO: THE HONORABLE JUDGE CHARLES R NORGLE
219 S. DEARBORN
CHICAGO, IL 60604

IT SYSTEMS INTERNATIONAL, LLC
3601 E. ALGONQUIN ROAD ST 625
ROLLING MEADOWS, IL

IT SYSTEMS INTERNATIONAL, LLC
C/O REGISTERED AGENT THE COMPANY CORPORATION
2711 CENTERVILLE ROAD, ST 400
WILMINGTON, DE 19808

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on **JULY 18, 2008 at 9:30 a. m.** we shall appear before the Honorable Judge Presiding, or any other judge presiding in **Room 2341** of the UNITED STATES DISTRICT CO URT FOR THE NORTHERN DISTRICT OF ILLINOIS, 219 S DEARBORN, CHICAGO, IL 60604, and shall then and there present the attached PLAINTIFF'S **MOTION FOR JUDGMENT BY DEFAULT.**

.

AIR_IT, LLC, an Illinois limited liability company,

By: _____
Ioana Sălăjanu
One of its Attorneys

Law Offices of Ioana Sălăjanu
101 N. Wacker, St 101
Chicago, IL 60606
312.377.5750

### [X]  PROOF OF SERVICE BY US POSTAL SERVICE

I, Ioana Salajanu, an attorney, certify that I served this notice by hand delivering a copy
to the above addressed party and delivering said Motion to the named Judge in via E-File
and Hand Delivery and to Defendant IT SYSTEMS INTERNATIONAL, LLC at the
addresses identified herein this Notice of Motion on JULY 9, 2008.

_____

Ioana Salajanu