# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

AIR_IT, LLC,  )
An Illinois limited liability company,  )
)
)
v.  )   Case No.: 07 CV 6612
)
IT SYSTEMS INTERNATIONAL, LLC,  )
a Delaware limited liability company, and  )
IUSTIN TANASE, individually.  )
)

## AIR_IT, LLC'S MOTION FOR ENTRY OF A JUDGMENT BY DEFAULT

Now comes Plaintiff, AIR_IT, LLC, ("LLC") an Illinois limited liability company, by and through its attorney The Law Offices of Ioana Salajanu, and requests that this Court enter an order of default judgment against Defendant IT Systems International, LLC ("ITSI"), pursuant to Federal Rule of Civil Procedure, Rule 55, and in support thereof states as follows:

1. On November 26, 2007, Plaintiff filed a Complaint against Defendant, ITSI seeking to recover amounts due from Defendant pursuant to a contract for services.

2. On March 6, 2008, the New Castle County Sheriff served ITSI's registered agent, The Company Corporation with a copy of the Complaint and the Summons. *See* a true and accurate copy of the Return of Service attached hereto as Exhibit A.

3. As of July 8, 2008, Defendant has not answered or otherwise plead to Plaintiffs' Complaint.

9. Defendant is therefore in default.

Wherefore, Plaintiff respectfully requests that this Court enter an order of judgment of default Defendant, IT SYSTEMS INTERNATIONAL, LLC, and set the matter for a prove-up at a date certain and for such other relief as the Court deems appropriate.

                                Respectfully submitted;

                                AIR_IT, LLC, an Illinois limited liability company,

                                By: _____
                                    Ioana Sălăjanu
                                    One of its Attorneys

Law Offices of Ioana Sălăjanu  
101 N. Wacker, St 101  
Chicago, IL 60606  
312.377.5750  
Att. ID. 42075

**EXHIBIT A**



**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

RECEIVED MAR 18 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

Re: AIR IT LLC vs IT SYSTEMS INTERNATIONAL LLC A DELAWARE LIMITED LIABILITY COMPANY AND IUSTIN TANASE INDIVIDUALLY
Civil Action No. 07CV66612

Julia Kemp, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon **MARY DRUMMOND, SERVICE OF PROCESS FOR THE COMPANY CORPORATION**, Registered Agent for IT SYSTEMS INTERNATIONAL LLC ("IT") at 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON, DE 19808 on 3/6/2008 at 3:30PM a copy of Out of State Summons and Complaint.

The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

_____
DEPUTY SHERIFF
NEW CASTLE COUNTY

STATE OF DELAWARE)
) SS
NEW CASTLE COUNTY)

**BE IT REMEMBERED** that on March 11, 2008 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Julia Kemp, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.

**SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

_____
Notary Public

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

AIR_IT, LLC,
an Illinois limited liability company

V.

IT Systems International, LLC
a Delaware limited liability company,
and
Iustin Tanase, individually

CASE NUMBER: **07CV6612**
ASSIGNED JUDGE: **JUDGE NORGLE**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE MASON**

TO: (Name and address of Defendant)

IT SYSTEMS INTERNATIONAL
c/o The Company Corporation
2711 Centerville Rd, Ste 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Ioana Salajanu
101 N. Wacker #101
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE  NOV 2 6 2007

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
**Sent:** Tuesday, March 18, 2008 12:04 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-06612 AIR_IT, LLC v. IT Systems International, LLC et al affidavit of service

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3

**Notice of Electronic Filing**

The following transaction was entered by Salajanu, Ioana on 3/18/2008 at 12:03 PM CDT and filed on 3/18/2008
**Case Name:** AIR_IT, LLC v. IT Systems International, LLC et al
**Case Number:** 1:07-cv-6612
**Filer:** AIR_IT, LLC
**Document Number:** 5

**Docket Text:**
**AFFIDAVIT of Service filed by Plaintiff AIR_IT, LLC regarding Complaint and Out of State Summons served on IT Systems International LLC ("IT") on 03/06/2008 (Salajanu, Ioana)**

**1:07-cv-6612 Notice has been electronically mailed to:**

Ioana Salajanu    salajanui@salajanulaw.com

**1:07-cv-6612 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=3/18/2008] [FileNumber=4590594-0
] [80c46b1f5fa726719686217dde14ffce7537532909355aa79af1bd672a52775ca29
a94549bfe03b7c518ffff4e76a9c2e9a72c44b2a2702ad30f35ef6263b419]]