UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

AIR_IT, LLC

                Plaintiff,

v.                                          Case No.: 1:07−cv−06612
                                                       Honorable Charles R. Norgle Sr.

IT Systems International, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion for Entry a a Judgment by Default against Defendant IT Systems International, LLC [9] is granted. Motion hearing held on 7/18/2008. Prove−up hearing set for 8/27/2008 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.